# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

*Claven Moores*,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint.  If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** *3:21CV 872- MCR-HTC*
*(To be filled in by the Clerk's Office)*

**v.**

*Donald Trump and White House!*

_____,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

**Jury Trial Requested?**
☐ **YES**  ☐ **NO**

_____/

*I am Suamg all Praident
au Vice Praident since
1955*

FILED USDC FLND PN
JUN 24 '21 PM 1:55

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

    1. Plaintiff's Name: _Cleven Moorer_

       Address: _179 Boston Street, Salem,_
_Massachusses_

       City, State, and Zip Code: _01970_

       Telephone: _NONE_ _(Home)_ _____ _(Cell)_

    2. Plaintiff's Name: _Cleven Moorer_

       Address: _____

       _____

       City, State, and Zip Code: _____

       Telephone: _____ _(Home)_ _____ _(Cell)_

       *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

    State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Donald Trump_

   Official Position: _President_

   Employed at: _White House_

   Mailing Address: _White House Washington D.C._

   ☑ Sued in Individual Capacity _both_    ☑ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

□ Federal Officials (*Bivens case*)     □ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are
entitled to relief.  Describe how *each* Defendant was involved and what each
person did, or did not do, in support of your claim.  Identify when and where
the events took place, and state how each Defendant caused you harm or
violated federal law.  Write each statement in short numbered paragraphs,
limited as far as practicable to a single event or incident.  *Do not make legal
argument, quote cases, cite to statutes, or reference a memorandum.*  You
may make copies of the following page if necessary to supply all of the facts.
Barring extraordinary circumstances, no more than five (5) additional pages
should be attached.  *Facts not related to this same incident or issue must be
addressed in a separate civil rights complaint.*

Donald Trump, and all the President
Since 1954, have not gotten my
Social Security Money, to me in
full.  The President Social Security
People, Say that my money
Does not come over on the computers
But the President could Pass me
my money

all the Dangers This President and White House Place
into my life while People, walk in about my apartment

**Factual Allegations, Continued** *(Page ___ of ____)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

25

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

_My Social Security Right has Been Violated._

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

_I want my full three Checks, every month!_

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: *June 19 2021* Plaintiff's Signature: *Cleven Moorer*

Printed Name of Plaintiff: *CLeven Joseph Moorer*

Address: *179 Boston Street, Salem, Massatusses*

*zip code 01970*

E-Mail Address: _____

Telephone Number: _____NONE_____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*



Steven Moore
179 Boston Street
Salem, Massachusetts
01970

Federal Court House
U.S. District Court
1W Palafox Street
Pensacola, Florida
32502

3250235665 C003