**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CLEVEN MOORER,

     Plaintiff,

v.                                  CASE NO. 3:21cv872-MCR-HTC

DONALD TRUMP, et al.,

     Defendants.

_____/

# O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 16, 2021. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

(1)  The magistrate judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED as frivolous.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of September 2021.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**